## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRUCE H. BARR,

    Plaintiff,

v.                                                            Case No.  8:10-cv-2393-T-30MAP

CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Dismissal With Prejudice (Dkt. #7).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 10, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2393.dismiss 7.wpd